UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EXECUTIVE MFE AVIATION, LLC
And JET HELI EXECUTIVE SERVICES, LTD.

Plaintiffs,

CASE NO. 18-cv-21563 Martinez/Otazo-Reyes

Vs.

PEMEX PROCUREMENT INTERNATIONAL, INC.,
MATRIX AVIATION, INC., and PETROLEOS
MEXICANOS,

Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:
Petroleos Mexicanos
Marina Nacional #329,
Col. Verónica Anzures, C.P. 11300.
México, D.F. (+52 55) 1944 2500.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Complaint (Corrected) or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pablo Bared, Esq.
Bared & Associates, P.A.
201 Alhambra Circle Ste 601
Coral Gables, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 2, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts